**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jerry Pat STEWART, Jr., Defendant–
Appellant.**

**No. 05–10583.
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided May 1, 2006.

Susan B. Cowger, Larry Edward Jarrett, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before BARKSDALE, STEWART and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jerry Pat Stewart, Jr., has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Stewart has not filed a response.

Our independent review of the brief and record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for

---

leave to withdraw is GRANTED. Counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.